IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRIANNE PICKARD**                                                                                 **PLAINTIFF**

**v.**                                        **CASE NO: 4:14CV00422 BSM**

**FAULKNER COUNTY, ARKANSAS, et al.**                                   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this date, this case is hereby dismissed with prejudice.

DATED this 19th day of January 2016.

_____
UNITED STATES DISTRICT JUDGE